H. Jolsen's Taendstikfabrikker Enebak and Byrn, Respond-
ents, *v.* Horace K. Thurber et al. Appellants.

(Argued January 16, 1890; decided February 25, 1890.)

Appeal from judgment of the General Term of the Supreme
Court in the first judicial department, entered upon an order
made June 20, 1887, which affirmed a judgment in favor of
plaintiff, entered upon a verdict.

This action was brought to recover damages for alleged
breach of a contract to purchase all of the matches plaintiff
could manufacture and ship in eight months following receipt
of order.

At the close of the evidence defendants moved for a dismissal of the complaint on the ground, among others, that no such contract as alleged had been proved.

The motion was denied.

The court here, after a full examination and discussion of the evidence, reach the conclusion that the motion should have been granted.

*E. More* for appellants.

*August Reymert* for respondents.

BROWN, J., reads for reversal and new trial.
All concur, POTTER and BRADLEY, JJ., in result.
Judgment reversed.